IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| FEDERAL HOUSING FINANCE AGENCY, IN ITS CAPACITY AS CONSERVATOR FOR THE FEDERAL NATIONAL MORTGAGE ASSOCIATION; AND FEDERAL NATIONAL MORTGAGE ASSOCIATION, Petitioners, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE MARK R. DENTON, DISTRICT JUDGE, Respondents, and WESTLAND LIBERTY VILLAGE, LLC; WESTLAND VILLAGE SQUARE, LLC; AMUSEMENT INDUSTRY, INC.; WESTLAND CORONA LLC; WESTLAND AMBER RIDGE LLC; WESTLAND HACIENDA HILLS LLC; 1097 NORTH STATE, LLC; WESTLAND TROPICANA ROYALE LLC; VELLAGIO APTS OF WESTLAND LLC; THE ALEVY FAMILY PROTECTION TRUST; WESTLAND AMT, LLC; AFT INDUSTRY NV, LLC; AND A&D DYNASTY TRUST, Real Parties in Interest. | No. 84573   |

## ORDER DENYING PETITION

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss. Having considered the petition, answer, reply, and record, we conclude that our extraordinary and discretionary intervention is not warranted. *See* NRS 34.160; NRS 34.170; *Int'l Game Tech., Inc. v. Second Judicial Dist. Court*, 124 Nev. 193, 197, 179 P.3d 556, 559 (2008); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674,

22-35041

677, 679, 818 P.2d 849, 851, 853 (1991). In particular, interlocutory writ relief is generally not available because the district court's order may be challenged on appeal from final judgment, providing an adequate legal remedy. *See Int'l Game Tech.*, 124 Nev. at 197, 179 P.3d at 559. And we conclude that petitioners have not shown that we should consider the petition on the grounds that either (1) there's no factual dispute and the district court was clearly obligated to dismiss pursuant to a statute or rule or (2) an important legal issue requires clarification and judicial economy favors entertaining the petition. *See id.* at 197-98, 179 P.3d at 559. Accordingly, we

ORDER the petition DENIED.[1]

_____ C.J.
Parraguirre

_____ , J.
Stiglich

_____ , J.
Pickering

_____ , J.
Hardesty

_____ , J.
Cadish

_____ , J.
Herndon

cc:    Hon. Mark R. Denton, District Judge
Fennemore Craig P.C./Reno
Snell & Wilmer, LLP/Las Vegas
Snell & Wilmer, LLP/Reno
Arnold & Porter Kaye Scholer LLP/Washington DC
Cooper & Kirk PLLC/Wash DC
Campbell & Williams
Law Offices of John Benedict
John W. Hofsaess
Eighth District Court Clerk

---

[1]The Honorable Abbi Silver having retired, this matter was decided by a six-justice court.